# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

STACI EDDINGTON,

      PLAINTIFF,

vs.             CAUSE NO. 3:15-CV-94-RLY-MPB

FIRST FEDERAL SAVINGS BANK,

      DEFENDANT.

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court, and having read the Stipulation of Dismissal with Prejudice submitted by the parties, and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this cause of action is dismissed with prejudice, costs paid.

DATED this  26th   day of May, 2016.

_____

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

*Distribution to all ECF Registered Counsel of Record*